UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                             Case No. 3:19-CR-87

TERRY DEON ROBINSON,

        Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 26), ACCEPTING THE PLEAS OF GUILTY, AND REFERRING THE CASE TO THE U.S. PROBATION DEPARTMENT FOR A PRESENTENCE INVESTIGATION AND REPORT

On June 21, 2019, this matter came before United States Magistrate Judge Michael J. Newman for a Plea Hearing. Having conducted a full plea colloquy with the Defendant, the Magistrate Judge concluded that the Defendant's pleas of guilty to Count 1 and Count 2 of the Information were knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilt. This Court, noting that no objections have been filed thereto, and that the time for filing such objections expired on July 5, 2019, hereby ADOPTS said Report and Recommendations.

Therefore, based upon the aforesaid, and this Court's de novo review of the comprehensive findings by the United States Magistrate Judge this Court adopts the Report and Recommendations of the United States Magistrate Judge (doc. 26) in its entirety, finding that the pleas were knowing, intelligent and voluntary. The Defendant is FOUND guilty of the offense for which he pled. This matter is ORDERED referred to the Unites States Probation Department for a presentence investigation and report. Sentencing remains scheduled for September 24, 2019 at 9:30 a.m.

**DONE** and **ORDERED** in Dayton, Ohio, this 9th day of July, 2019.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT